WARD v. BEATON

No. 56A01

Case below: 141 N.C. App. 44

Notice of appeal by defendant pursuant to G.S. 7A-30 (dissent) dismissed ex mero motu 1 February 2001. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 1 March 2001.

WATTS v. HEMLOCK HOMES OF THE HIGHLANDS, INC.

No. 57P01

Case below: 142 N.C. App. 725

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001. Justice Edmunds recused.

WEBB v. POWER CIRCUIT, INC.

No. 101P01

Case below: 141 N.C. App. 507

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 April 2001.

WESTMINSTER HOMES, INC. v. TOWN OF
CARY ZONING BD. OF ADJUST.

No. 499PA00

Case below: 140 N.C. App. 99

Petition by petitioners for discretionary review pursuant to G.S. 7A-31 allowed 1 February 2001.

WOOLARD v. WEYERHAEUSER CO.

No. 509P00

Case below: 140 N.C. App. 385

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001. Justice Edmunds recused.